MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __ANGELA B. GALEANA__ CASE NO. __1:04-CR-00004-02-JWS-JDR__
Defendant: _X_ Present  _X_ In Custody via Video Conference in Juneau, Alaska

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____CHRISTINE THORESON_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI, Friend of the Court;_____
_____SCOTT DATTAN CJA APPOINTED._____

U.S.P.O.: _____MARY FRANCES BARNES_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 180) HELD 12/06/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:54 a.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defense attorney: waived read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: __Same as above.__

_X_ Court questioned the defendant orally re financial status; Federal Public Defender to appoint CJA Counsel (Scott Dattan); FPD notified.

_X_ Defendant **DENIED** Allegations 1, 2, 3, 4, 5, 6, 7 & 8 of the Petition to Revoke Supervised Release.

_X_ Consent to be filed within _5_ days or case shall be transferred to U.S. District Judge.

_X_ Defendant detained/Detention Hearing set for **December 7, 2007 at 2:00 p.m. location to be determined.**

_X_ Order of Temporary Detention **FILED.**

At 11:15 a.m. court adjourned.

**OFF RECORD NOTE:** Hearing to be set in Anchorage, AK and the defendant to be transported and appear for hearing in Anchorage, AK.

DATE: __December 6, 2007__     DEPUTY CLERK'S INITIALS: __CME__

Revised 6-18-07