LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **ANGELA GALEANA**, | ) |
| | ) |
| Defendant. | ) Case No. J04-0004-02-CR |

## MOTION OF SHORTENED TIME
## TO CONTINUE DETENTION HEARING

D. Scott Dattan, appointed counsel for Defendant Angela Galeana, moves on shortened time to continue the detention hearing set for 2:00 p.m. on December 7, 2007. This motion is supported by the affidavit of counsel filed herewith.

Dated this 6th day of December, 2007.

s/D. Scott Dattan
Attorney for Defendant, Angela Galeana
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: 907-276-8008
E-Mail: dattan@alaska.net
Alaska Bar No: 8411111

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007 a copy of foregoing MOTION OF SHORTENED TIME TO CONTINUE DETENTION HEARING, AFFIDAVIT OF COUNSEL, and PROPOSED ORDER was served ELECTRONICALLY on Frank Russo.

s/D. Scott Dattan