LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **ANGELA GALEANA**, | ) |
| | ) |
| Defendant. | ) Case No. J04-0004-02-CR |

### ORDER

Defendant's Motion to continue the detention hearing is GRANTED. The hearing is continued to December _____ , 2007 at _____.

DATED: _____        _____
                                                                    JOHN D. ROBERTS
                                                                    U.S. MAGISTRATE JUDGE