LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>    Plaintiff,    )<br>           )<br>vs.          )<br>           )<br>**ANGELA GALEANA,**   )<br>           )<br>    Defendant.    ) | Case No. J04-0004-02-CR |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA           )
                          )ss
THIRD JUDICIAL DISTRICT   )

D. Scott Dattan, being first duly sworn upon oath, deposes and states:

1. I was notified today that Angela Galeana had been arrested and that she had an initial appearance at 10:30 a.m., at which time a detention hearing was set for 2:00 p.m. on December 7th.

2. Unfortunately, I leave for Seattle on Alaska Airlines at 3:00 p.m. to review a draft PSR with another federal defendant and cannot attend a hearing at 2:00 p.m.

3. In addition, given my prior representation of Ms. Galeana, I believe meeting with her prior to further proceedings may save the court and counsel from unnecessary hearings.

USA v GALEANA, J04-0004-02CR
Affidavit of Counsel
Motion of Shortened Time to Continue Detention Hearing
Page 1 of 2

4. I have spoken with USPO Mary Barnes. She is available Monday (12/10) or Tuesday (12/11). In order to have sufficient time to confer with Ms. Galeana, I request the hearing be continued until Tuesday, December 11th.

5. I do not have any conflicts on December 11, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

_____
D. Scott Dattan

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 5th day of December, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 4·13·09



Dattan Scott Dattan
ATTORNEY AT LAW
2600 DENALI STREET, SUITE 460
ANCHORAGE, ALASKA 99503
PHONE (907) 276-8008
FAX: (907) 278-8571

USA v GALEANA, J04-0004-02CR
Affidavit of Counsel
Motion of Shortened Time to Continue Detention Hearing
Page 2 of 2