MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __ANGELA B. GALEANA__  CASE NO. 1:04-CR-00004-02-JWS
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:       FRANK RUSSO

DEFENDANT'S ATTORNEY:          SCOTT DATTAN

U.S.P.O.:                      ERIC ODEGARD

PROCEEDINGS: DETENTION HEARING HELD 12/11/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:40 p.m. court convened.

Court and counsel heard re parties' agreed disposition.

Consent to Proceed Before A U.S. Magistrate Judge In An Evidentiary Hearing **FILED**.

Defendant's detention continued pending placement at Akeela House; Order of Detention Pending Trial **FILED.**

Release Order to be signed to release defendant to a U.S. Probation Officer to transport to Akeela House when a bed is available.

Parties to submit a status report within 92 days.

At 1:50 p.m. court adjourned.

DATE:     December 11, 2007     DEPUTY CLERK'S INITIALS:   SCL

Revised 6-18-07