IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.    ANGELA B. GALEANA

CASE NO:    1:04-CR-00004-02-JWS

---

Defendant    ANGELA B. GALEANA    ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

  **X**  Released to  **U.S. Probation Officer for transport to Akeela House when bed is available**, the third party custodian(s)

_____ Paid cash bail in the amount of _____ to the Clerk of Court

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____ Surrendered passport to the Clerk of Court

_____ Other_____

Dated at  Anchorage , Alaska this  11th  day of  December , 20 07 .

/s/John D. Roberts, USMJ
Signature Redacted

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 12/07)