NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@uddoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br><br>ANGELA GALEANA,<br><br>                    Defendants. | ) No. 3:04-cr-004-02-RRB<br>)<br>)<br>)<br>) **JOINT STATUS REPORT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW, the United States of America, by and through counsel, and after consultation with counsel with defendant, and files this status report

concerning the pending petition to revoke supervised release. Pursuant to the agreement of the parties, the defendant was to complete substance abuse treatment. If the defendant successfully completed treatment, the United States would dismiss the petition to revoke supervised release.

    The defendant successfully completed her initial treatment at the Akeela House, and then was transferred to the Stepping Stones program in Anchorage, where she is scheduled to complete her treatment in or about July 2008. The program reports that the defendant is doing well. Accordingly, the parties jointly request a five-month continuance to allow the defendant to complete the Stepping Stones program.

//

//

//

RESPECTFULLY SUBMITTED, this 27th day of March, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
Assistant U.S. Attorney
222 West Seventh Ave, #9, Rm. 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: frank.russo@uddoj.gov

Certificate of Service

I hereby certify that on March 27, 2008,
a copy of the foregoing *Joint Status Report*
was served electronically via ECF on:

s/ Frank Russo