NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:04-cr-00004-02-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS PETITION |
| vs. | ) | WITHOUT PREJUDICE |
| | ) | |
| ANGELA GALEANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States of America, by and through undersigned

counsel, and hereby moves this Court to dismiss the petition filed at docket 179,

without prejudice, pursuant to Fed. R. Crim. P. 48(a).

//

RESPECTFULLY SUBMITTED this 27th day of August, 2008, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov


I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the
following counsel of record on August 27, 2008 via ECF:

D. Scott Dattan

Executed at Anchorage, Alaska, on August 27, 2008.

s/Frank V. Russo
Office of the U.S. Attorney