IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANGELA GALEANA,<br><br>　　　　Defendant. | ) No. 1:04-cr-00004-02-JWS<br>)<br>)<br>)<br>) [PROPOSED]<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

Having considered the government's Motion to Dismiss Petition Without Prejudice, IT IS HEREBY ORDERED that the government's motion is GRANTED / DENIED.  The petition at docket 179 is hereby dismissed without prejudice.

　　IT IS SO ORDERED.

　　DATED this ____ day of August, 2008, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge