IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA GALEANA,<br><br>Defendant. | ) No. 1:04-cr-00004-02-JWS<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>) |

Having considered the government's Motion to Dismiss Petition Without Prejudice, IT IS HEREBY ORDERED that the government's motion is GRANTED. The petition at docket 179 is hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED this  29  day of August, 2008, at Anchorage, Alaska.

                                                       /s/ JOHN W. SEDWICK
                                                      United States District Court Judge